Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 14−15364−TWD
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alanna Grace Ellis
15130 238th Ave. SE
Issaquah, WA 98027

Social Security / Individual Taxpayer ID No.:
xxx−xx−3454

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **September 26, 2014 for Alanna Grace Ellis, Debtor** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: September 26, 2014

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court